**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00784-CV

**TONYA PARKS, ET AL., Appellants**

**V.**

**AFFILIATED BANK, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04540-C**

## ORDER

We **GRANT** appellants' September 12, 2016 second motion for an extension of time to file a response to appellees' motion to dismiss the appeal **to the extent** that appellants shall file a response by **SEPTEMBER 27, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE